

**NUMBER 13-13-00400-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**SCOTT SAMUEL MEYER,**                               **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                   **Appellee.**

---

**On appeal from the 207th District Court
of Comal County, Texas.**

---

# ORDER

**Before Chief Justice Valdez and Justices Benavides and Longoria
Order Per Curiam**

Currently pending before the Court is appellant's request to review the record in the above-referenced cause. Appellant's counsel has filed an *Anders* brief herein and appellant has been unable to examine the record so that he can file a pro se brief.

Accordingly, it is hereby ORDERED that the trial court ensure that appellant has

the opportunity to fully examine the appellate record on or before February 7, 2014 and it is FURTHER ORDERED that the trial court notify this Court as to the date upon which the appellate record was made available to appellant.

Appellant shall have thirty (30) days from the day the appellate record was first made available to him to file his pro se brief with this Court.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of January, 2014.